Commonwealth *v.* Huggins, Appellant.

Argued December 3, 1973. *C. George Milner*, for appellant; *James J. Wilson*, Assistant District Attorney, with him *James T. Ranney* and *David Richman*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.


Commonwealth *v.* Isgriggs, Appellant.

Submitted December 10, 1973. *Edward F. Brown, Jr.*, Assistant Public Defender, for appellant; *James R. Leonard, Jr.*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Appeal quashed.

SPAULDING, J., absent.